IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATAPLEX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALLIANCE SEMICONDUCTOR, CORPORATION, ET AL., <br><br> Defendants. <br> _____/ | No. C 06-6491 CW <br><br> ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTIONS TO CONSIDER WHETHER CASES SHOULD BE RELATED |
| GREG PRIOETTE, <br><br> Plaintiff, <br><br> v. <br><br> CYPRESS SEMICONDUCTOR CORPORATION, ET AL., <br><br> Defendants. <br> _____/ | No. C 06-6501 WHA |
| ALEXANDER MA, <br><br> Plaintiff, <br><br> v. <br><br> ALLIANCE SEMICONDUCTOR CORPORATION, ET AL., <br><br> Defendants. <br> _____/ | No. 06-6511 EDL |

| | |
|---|---|
| RECLAIM CENTER, INC., ET AL.,<br>      Plaintiffs,<br>   v.<br>SAMSUNG ELECTRONICS CO., LTD.,<br>ET AL.,<br>      Defendants.<br>_____/ | No. 06-6533 SI |
| YONI RIBO,<br>      Plaintiff,<br>   v.<br>CYPRESS SEMICONDUCTOR CORPORATION,<br>ET AL.,<br>      Defendants.<br>_____/ | No. 06-6535 WHA |
| ARTHUR MADSEN, ET AL.,<br>      Plaintiffs,<br>   v.<br>SAMSUNG ELECTRONICS CO., LTD.,<br>ET AL.,<br>      Defendants.<br>_____/ | No. 06-6541 SI |
| JAMIE MAITES, ET AL.,<br>      Plaintiffs,<br>   v.<br>SAMSUNG ELECTRONICS CO., LTD.,<br>ET AL.,<br>      Defendants.<br>_____/ | No. 06-6542 SBA |

United States District Court
For the Northern District of California

| | | |
|---|---|---|
| 1 | WESTELL TECHNOLOGIES INC., | No. 06-6652 JL |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | ALLIANCE SEMICONDUCTOR CORPORATION, ET AL., | |
| 5 | | |
| 6 | Defendants. | |
| 7 | _____ / | |
| | DAVID TAKEDA, | No. 06-6663 MEJ |
| 8 | Plaintiff, | |
| 9 | v. | |
| 10 | | |
| 11 | ALLIANCE SEMICONDUCTOR CORPORATION, ET AL., | |
| 12 | Defendants. | |
| 13 | _____ / | |
| | KAROL JUSKIEWICZ, | No. 06-6668 MJJ |
| 14 | Plaintiff, | |
| 15 | v. | |
| 16 | | |
| 17 | SAMSUNG ELECTRONICS CO., LTD., ET AL., | |
| 18 | Defendants. | |
| 19 | _____ / | |
| 20 | CHIP TECH, LTD., | No. 06-6698 JSW |
| 21 | Plaintiff, | |
| 22 | v. | |
| 23 | CYPRESS SEMICONDUCTOR CORP., ET AL., | |
| 24 | Defendants. | |
| 25 | _____ / | |

**United States District Court**
For the Northern District of California

3

|   |   |
|---|---|
| MICHAEL FRANCIS AYERS, ET AL., | No. 06-6770 SBA |
| Plaintiffs, | |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., ET AL., | |
| Defendants. | |
| _____/ | |
| DON THOMPSON, ET AL., | No. 06-7006 SI |
| Plaintiffs, | |
| v. | |
| ALLIANCE SEMICONDUCTOR CORPORATION, ET AL., | |
| Defendants. | |
| _____/ | |
| STARGATE FILMS INC., | No. 06-7007 CW |
| Plaintiff, | |
| v. | |
| ALLIANCE SEMICONDUCTOR CORPORATION, ET AL., | |
| Defendants. | |
| _____/ | |
| MICHAEL KATZ, ET AL., | No. 06-7194 MEJ |
| Plaintiffs, | |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., ET AL., | |
| Defendants. | |
| _____/ | |

1  The Court has before it five motions to consider whether cases
2 should be related.  The Court has also received a notice from the
3 Judicial Panel on Multidistrict Litigation that a motion to
4 transfer has been filed pursuant to 28 U.S.C. § 1407 (MDL No. 1819,
5 <u>In re Static Random Access Memory (SRAM) Antitrust Litigation</u>).
6 Because resolution of the motion to transfer may moot the motions
7 before this Court, the Court DENIES the motions to consider
8 relating without prejudice to renewal following the resolution of
9 the proceedings before the Judicial Panel on Multidistrict
10 Litigation (Docket Nos. 4, 7, 16, 26, 28).[1]

12  IT IS SO ORDERED.



14 Dated: 12/ 14/06
   _____
15                                CLAUDIA WILKEN
                                  United States District Judge

---

[1] The Court notes that there is a motion to consider relating some of these cases to an earlier numbered case, <u>In re DRAM Antitrust Litigation</u>, No. 02-1486 PJH), which Judge Hamilton denied without prejudice due to the pending proceedings before the Judicial Panel on Multidistrict Litigation.

5